UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| ALEXIS DOMINGUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>EXPRESS COLLECTIONS, INC.,<br><br>   Defendant. | Civil Action No. |

### DEFENDANT EXPRESS COLLECTIONS, INC.'S
### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant Express Collections, Inc. ("Express"), by and through its undersigned counsel, respectfully notifies this Court of the removal of the above-captioned matter from the South Carolina Court of Common Pleas, Spartanburg County, Seventh Judicial Circuit, identified by case number 2025CP4202544, to the United States District Court for the District of South Carolina, Spartanburg Division, as follows:

1. This action was commenced in the South Carolina Court of Common Pleas, Spartanburg County, Seventh Judicial Circuit, by serving Plaintiff's Complaint on Express on May 14, 2025.

2. Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of the Summons is attached hereto as "Exhibit 1," a true and accurate copy of the Complaint is attached hereto as "Exhibit 2," and a true and accurate copy of the affidavit of service is attached hereto as "Exhibit 3."

3. Express was served with the Complaint on May 14, 2025, via Process Server.

1

4.  Plaintiff Alexis Dominguez ("Plaintiff") brought this action against Express for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and alleged claims of negligence and defamation/credit reporting harm.

5.  This Court has original jurisdiction over Plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331 which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6.  This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a) which provides: "Except as provided in subsections (b) and (c) or as expressly provided otherwise by Federal statute, in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

7.  Plaintiff seeks injunctive and declaratory relief in her Complaint. She therefore alleges an injury-in-fact sufficient for Article III standing at the pleading stage.

8.  The South Carolina Court of Common Pleas, Spartanburg County, Seventh Judicial Circuit, is located in the United States District Court for South Carolina, Spartanburg Division, 28 U.S.C. § 121. Venue is proper because this is the "district and division embracing the place where the action is pending." *See* 28 U.S.C. § 1441(a) and 1446(a).

9.  The instant Notice of Removal is being filed within thirty (30) days of Express having been served with the Summons and Complaint. Therefore, pursuant to 28 U.S.C. § 1446(b), the instant Notice of Removal is timely.

10. Express will give written notice of the filing of this Notice of Removal to all adverse parties, as required by 28 U.S.C. § 1446(d).

11. Express will file a true and accurate copy of this Notice of Removal with the South Carolina Court of Common Pleas, Spartanburg County, Seventh Judicial Circuit, as required by 28 U.S.C. § 1446(d).

**WHEREFORE,** Express Collections, Inc. respectfully requests that the aforementioned State Court Action, now pending in the South Carolina Court of Common Pleas, Spartanburg County, Seventh Judicial Circuit, be removed to the United States District Court for South Carolina, Spartanburg Division.

Dated: May 30, 2025.

Respectfully Submitted,

**FROST ECHOLS LLC**

Respectfully submitted by:
/s/ Jesse M. Tillman, III
Jesse M. Tillman, III
(Fed I.D. 14157)
(SC Bar No. 100419)
Frost Echols LLC
P.O. Box 12645
Rock Hill, SC 29731
Phone: (803) 329-8984
Email: jay.tillman@frostechols.com

*Counsel for Express Collections, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 30, 2025, the foregoing was served upon Plaintiff via first class U.S. mail addressed as follows:

Alexis Dominguez
13 23rd Street
Greer, South Carolina 29651

*Pro Se Plaintiff*

*/s/ Jesse M. Tillman, III*
Jesse M. Tillman