EXHIBIT 2

STATE OF SOUTH CAROLINA

COUNTY OF Spartanburg

Alexis Dominguez
PLAINTIFF

13 23rd St
STREET ADDRESS

Greer, SC, 29651
CITY, STATE ZIP

8645086648
TELEPHONE

VS.

Express Collections
DEFENDANT(S)

818 St Joseph St # 200
STREET ADDRESS

Rapid City, SD 57701
CITY, STATE ZIP

6053427195
TELEPHONE

CIVIL CASE NUMBER

Court of Common Pleas

**2025-CP-42-** 02544

COMPLAINT

I, Alexis Dominguez, the plaintiff in this civil action do make the following claims:

1. I believe the defendant, Express Collections, is a resident of Pennington County, and resides at 818 St Joseph St #200 which is within Judge ______________________'s magisterial jurisdiction or this Complaint is properly filed in Spartanburg County.

2. I make this complaint on the following:

Violation of Fair Debt Collection Practices Act, Negligence, Defamation, Credit Reporting Harm (supplement attached)

(Attached supplement if necessary.)

3. I believe, because of the above information, that I am entitled to and do request a judgment for $10,000 and/or other relief as below requested:

including any costs resulting in this action.

I state under penalty of perjury that the above is correct and truthful, except those based on my information and belief.

Dated: May 8, 2025

[signature]
Signature of Plaintiff (or his attorney)

SCCA/701 (Amended 05/08)

FILED
2025 MAY -8 AM 9:06
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX

Supplement complaint

Plaintiff disputed the validity of the debt and, on March 13, 2025 sent a cease-and-desist demand to Defendant, instructing them to cease all collection efforts and communications. Defendant's conduct caused Plaintiff long-term credit damage, stress, and financial harm. Plaintiff was forced to dispute the account through the Consumer Financial Protection Bureau (CFPB), which resulted in eventual removal of the account.

First Cause of Action: Violation of Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq

1. Defendant's actions—including failure to cease communication after written notice, attempting to collect a time-barred debt, and providing false or misleading information to credit bureaus—constitute violations of the FDCPA.

Second Cause of Action: Negligence

2. Defendant owed Plaintiff a duty of care to handle her personal and financial information responsibly and in accordance with federal and state law.
3. Defendant breached this duty by continuing collection efforts on a time-barred and disputed debt, and by failing to properly respond to the cease-and-desist demand.

Third Cause of Action: Defamation / Credit Reporting Harm

4. By reporting inaccurate and outdated information to credit reporting agencies, Defendant made false and damaging representations that injured Plaintiff's credit and reputation.
5. Plaintiff suffered financial loss and emotional distress as a result.

FILED
2025 MAY -8 AM 9:06
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX




STATE OF SOUTH CAROLINA
COUNTY OF Spartanburg

IN THE COURT OF COMMON PLEAS

Civil Action Coversheet

Alexis Dominguez,
Plaintiff(s)

v.

Express Collections,
Defendant(s)

Case No. 2025-CP-42- 02544

Submitted By: Alexis Dominguez
Address: 13 23rd St, Greer, SC 29651

SC Bar Number: ______
Telephone #: 8645086648
Fax #: ______
Other: ______
Email: apcp1017@icloud.com

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing cases that are NOT E-Filed. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint. **This form is NOT required to be filed in E-Filed Cases.**

**DOCKETING INFORMATION (*Check all that apply*)**

***If Action is Judgment/Settlement do not complete***

- ☐ **JURY TRIAL** demanded in complaint.
- ☑ **NON-JURY TRIAL** demanded in complaint.
- ☐ This case is subject to **ARBITRATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
- ☐ This case is subject to **MEDIATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
- ☐ This case is exempt from ADR. (Certificate Attached)

**Note: Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.**

FILED
2025 MAY -8 AM 9:06
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX

Submitting Party Signature: [signature]
Date: May 8, 2025

SCCA 234 (Revised 11/2024)




## Nature of Action (Check one box below)

### Contracts
- ☐Constructions (100)
- ☑Debt Collection (110)
- ☐General (130)
- ☐Breach of Contract (140)
- ☐Fraud/Bad Faith (150)
- ☐Failure to Deliver/Warranty (160)
- ☐Employment Discrim (170)
- ☐Employment (180)
- ☐Other (199)

### Torts- Professional Malpractice
- ☐Dental Malpractice (200)
- ☐Legal Malpractice (210)
- ☐Medical Malpractice (220)
- ☐Notice of Intent Case # ____________
- ☐Notice File. Med Mal (230)
- ☐Other (299)

### Torts- Personal Injury
- ☐Conversion (310)
- ☐Motor Vehicle Accident (320)
- ☐Premises Liability (330)
- ☐Products Liability (340)
- ☐Personal Injury (350)
- ☐Wrongful Death (360)
- ☐Assault/Battery (370)
- ☐Slander/Libel (380)
- ☐Other (399)

### Inmate Petitions
- ☐PCR (500)
- ☐Mandamus (520)
- ☐Habeas Corpus (530)
- ☐Other (599)

### Real Property
- ☐Claim & Delivery (400)
- ☐Condemnation (410)
- ☐Foreclosure (420)
- ☐Mechanic's Lien (430)
- ☐Partition (440)
- ☐Possession (450)
- ☐Building Code Violation (460)
- ☐Other (499)

### Judgments/Settlements
- ☐Death Settlement (700)
- ☐Foreign Judgment (710)
- ☐Magistrate's Judgment (720)
- ☐Minor Settlement (730)
- ☐Transcript Judgment (740)
- ☐Lis Pendens (750)
- ☐Transfer of Structured Settlement Application Payment Rights (760)
- ☐Confession of Judgment (770)
- ☐Petition for Workers Compensation Settlement Approval (780)
- ☐Incapacitated Adult Settlement (790)
- ☐Other (799)

### Administrative Law/Relief
- ☐Reinstate Driver's License (800)
- ☐Judicial Review (810)
- ☐Relief (820)
- ☐Permanent Injunction (830)
- ☐Forfeiture- Petition (840)
- ☐Forfeiture- Consent Order (850)
- ☐Other (899)

### Special/Complex/Other
- ☐Environmental (600)
- ☐Automobile Arb. (610)
- ☐Medical (620)
- ☐Pharmaceuticals (630)
- ☐Unfair Trade Practices (640)
- ☐Out of State Depositions (650)
- ☐Motion to Quash Subpoena in an Out of County Action (660)
- ☐Pre-Suit Discovery (670)
- ☐Permanent Restraining Order (680)
- ☐Interpleader (690)
- ☐Other (699)

### Appeals
- ☐Arbitration (900)
- ☐Magistrate- Civil (910)
- ☐Magistrate- Criminal (920)
- ☐Municipal (930)
- ☐Probate Court (940)
- ☐SCDOT (950)
- ☐Worker's Comp (960)
- ☐Zoning Board (970)
- ☐Public Service Comm. (990)
- ☐Employment Service Comm. (991)
- ☐Other (999)

Common Pleas

**Clerk : Amy Cox**
**Spartanburg County**
**Spartanburg, SC 29304**
**Phone:(864) 596-2591 Fax:(864) 596-2239**

Received From: Dominguez, Alexis
1323Rd St
Greer, SC 29651

Date: 5/ 8/2025
Receipt #: 325050
Clerk: c42rboyche

Paying for: Self
Transaction Type: Payment
Reference #: CREDIT CARD

Payment Type: Credit Card $150.00
Comment: Civil Action - 2025CP4202544
Non-Refundable
SC.gov Portal Fee $3.55
Total Paid: $153.55

Total Received: $150.00
Change Due: $0.00

You may check the status of your Spartanburg case at:
http://www.sccourts.org/caseSearch/

| Case # | Caption | Previous Balance | Amount Paid | Balance Due |
|---|---|---|---|---|
| 2025CP4202544 | Alexis Dominguez VS Express Collections | **$150.00** | **$150.00** | **$0.00** |



| **Total Cases:** | **1** | **$150.00** | **$150.00** | **$0.00** |
|---|---|---|---|---|
| | | **SC.gov Portal Fee:** | **$3.55** | |
| | | **Total Paid:** | **$153.55** | |



# Tyler Payments Services

Payment Receipt Confirmation

Your payment was successfully processed.

## Transaction Summary

*Receipt Confirmation*

| Description | | Amount |
|---|---|---|
| Total Payment To Spartanburg County - Common Pleas - 42002 | | $150.00 |
| Service Fee | | $3.55 |
| | **Total Amount Paid** | **$153.55** |

## Transaction Detail

| SKU | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| 2025CP4202544_Alexis Dominguez | | $150.00 | 1 | $150.00 |
| | ServiceFee*SC.gov | $3.55 | | $3.55 |
| | | | **Total Amount Paid** | **$153.55** |

## Customer Information

| | | | |
|---|---|---|---|
| **Customer Name** | Alexis Dominguez | **Receipt Date** | 5/8/2025 |
| **Local Reference ID** | 2025CP4202544 | **Receipt Time** | 09:11:18 AM EDT |

## Payment Information

| | | | |
|---|---|---|---|
| **Payment Type** | Credit Card | **Credit Card Number** | ******5625 |
| **Credit Card Type** | VISA | **Order ID** | 98981537 |
| | | **Name on Credit Card** | DOMINGUEZ /ALEXIS |

## Billing Information

| | |
|---|---|
| **Billing Address** | 13 23rd St |
| **Billing City, State** | Greer, SC |
| **Billing Zip/Postal Code** | 29651 |
| **Country** | US |

*Visit tylertech.com/mtd for license information and disclosures.*

*NIC Services, LLC dba Tyler Payments Services • 7701 College Boulevard, Overland Park, KS 66210 • (888) 853-0663*

*NIC Payment Solutions in Hawaii, New Jersey & Wisconsin*

FILED
2025 MAY -8 AM 9: 12
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX



Exhibit A



*PO Box 9307, Rapid City, SD, 57709*
*Phone: 605-343-1311 Fax:605-342-7195*

March 5, 2025

Our File #: **279796**
Enclosed: **Itemized Statement**

Patterson, Alexis
13 23rd St
Greer, SC 29651

CREDITOR ........................................: **Smart Sales & Lease**
CREDITORS ACCOUNT#................: **456096**
PRINCIPAL.........................: **$4544.68**
INTEREST..........................: **2330.39**
FEES....................................:
BALANCE...........................: **$6875.07**

LAST PAYMENT RECEIVED BY AGENCY...:

Dear Alexis Patterson,

Enclosed is an itemized statement from **Express Collections, Inc.** and our client **Smart Sales & Lease.**
This statement will reflect the remaining balance only. If payments have been made, the balance owing is your current balance as of the last payment date.

Yours Truly,

Mallory Grey
Team Lead

Send Payment To:
**Express Collections, Inc.**
**PO Box 9307**
**Rapid City, SD 57709**
**Phone: (605) 343-1311**

Office Hours:
**Monday - Friday**
**8:00am - 6:00pm (MST)**
**E-mail: info@expresscollections.com**
(include file # in subject line)

You may now pay by check or credit card through our secured online payment system 24 hours per day 7 days per week at: **http://www.paymyaccount.net**

As of the date of this letter, you owe **$6875.07**. Because of interest, fees, or other charges that may vary from day to day (if applicable), the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, our office will inform you if there is any balance remaining. You may contact our office at 605-343-1311 to obtain a current payoff amount prior to sending payment.

This is an attempt to collect a debt, any information obtained will be used for that purpose. This communication is from a debt collection agency.

FILED
20[illegible] -8 AM 9:18
CLERK OF COURT
SPARTANBURG COUNTY
[illegible] W. COX

DocuSign Envelope ID: 0D0D4FB6-EB94-4043-B9C6-7EF93F341E83

Lessor:
Smart Sales & Lease, Inc
3220 West Main St, Suite 200
Rapid City, SD 57702
1-877-700-3040




Lessee: 456096
ALEXIS PATTERSON

325 BEAVER POND DRIVE
PIEDMONT, SC 29673

The terms "you"/ "your" mean the person(s) signing this Agreement as lessee. "We"/"our" mean Smart Sales & Lease, Inc. (Lessor/Owner). Lease means this Lease with the Option of Ownership including all disclosures. Intending to be legally bound, Lessor and Lessee mutually agree as follows:

*****THIS LEASE CONTAINS AN ABRITRATION PROVISION. UNLESS YOU PROMPTLY REJECT THE ARBITRATION PROVISION BY CONTACTING US IN WRITING (SEE SECTION 17), THE ARBITRATION PROVISION WILL HAVE A SUBSTANTIAL EFFECT ON YOUR RIGHTS IN THE EVENT OF A CONTROVERSY OR CLAIM RELATING TO THIS CONTRACT, INCLUDING YOUR RIGHT TO BRING OR PARTICIPATE IN A CLASS ACTION PROCEEDING.*****

**1. LEASED PROPERTY: You are leasing the following items and are new/undamaged unless noted: Ashley Furniture**

**2. CASH PRICE: The Cash Price of the Property (amount charged for a cash sale and/or fair market value) equals $2138.85. To see the full amount you will pay under this agreement see term options below.**

**3. INITIAL LEASE PAYMENT: The initial lease payment of $49.00 plus $2.94 in sales tax for a total of $51.94 is due at the time you sign this agreement.**

**4. PAYMENT TIMING AND METHOD: As provided in Section 12, we will initiate electronic fund transfers ("EFTs") from the following account (the "Bank Account") for each renewal payment, including each Returned Payment Fee: Financial Institution: Routing No.:053207766; Account No.:9325695360 . Starting 05/27/2019 and (Monthly) thereafter, we will initiate electronic funds transfer. Payments that are not successfully processed from the "Bank Account" will be charged to your payment card plus a returned payment fee described in Section7 Payment Card: ( account #5201)**

**5. PAYMENT OPTIONS; OWNERSHIP RIGHTS: If you fail to select a Term Option, the 12 month term option will apply (the "Default Term") although you can exercise the 90 day buyout option any time within the first 90 days. Total payment amounts shown below do not include other possible charges such as Returned Payment Fees and/or Change EFT/Card Payment Date Fee ( Section 7). Any charge in addition to periodic payments must be reasonably related to the service performed. See Section 6 for Early Purchase Option.**

**90 Day Buyout: Please choose a payment term below and call us within the next 90 days to exercise your 90 day buyout for $49.00 plus cash price and sales tax.**

**12 Month Term Option: This lease will end and you will own the property if you make the Initial Payment of $51.94, plus TWELVE(12) additional monthly payments of $340.08 for, a Total Cost of $4132.90, (Total Cost equals lease payments of $3898.96 plus sales tax of $233.94). You can lower the cost of ownership by exercising your 90 Day buyout option or the Early Purchase Option described in Section 6.**

2025 MAY -8 AM
CLERK OF COURT
SPARTANBURG COUNTY

Lease No: 456096
Lease Date: 4/26/2019

**Understand Your Lease Agreement**

Smart Sales and Lease has approved you for a lease-purcahase agreement or rental-purchase agreement. This is not a contract for credit or a credit transaction.

By signing below you acknowledge the following:

- Smart Sales and Lease will purchase and own the merchandise selected until you've paid your lease in full or exercised an early purchase option. At that time you will become the owner of the merchandise. Monthly or biweekly lease payments are due throughout the term of your lease.

- Your payment will be deducted from your bank account or credit/debit card. Payments will be drawn under the name Smart Sales and Lease and not the name of the retail store.

- You are not required to continue leasing and at any time can return the merchandise without penalty. If you are behind on your lease payments you would still owe any back payments or charges. Only payment amounts made above your due scheduled payments would be refunded if you choose to return the merchandise. Please contact Smart Sales and Lease at 1-877-700-3040 to return your merchandise.

- Please review your Lease Agreement carefully so you understand all the terms of your contract.

By signing this document you agree that you have read, understand and received a copy of this document and your lease agreement.

PURCHASER:
DocuSigned by:
ALEXIS PATTERSON
2CDD81B4A08A462...

ALEXIS PATTERSON

DocuSign Envelope ID: 0D0D4FB6-EB94-4043-B9C6-7EF93F341E83

**24 Month Term Option: This lease will end and you will own the property if you make the Initial Payment of $51.94, plus TWENTY-FOUR(24) additional monthly payments of $207.53 for a Total Cost of $5032.66, (Total Cost equals lease payments of $4747.79 plus sales tax of $284.87). You can lower the cost of ownership by exercising your 90 Day buyout option or the Early Purchase Option described in Section 6.**

**6. EARLY PURCHASE OPTION: You may purchase the Property at any time by paying as follows: A.) Purchase within 90 days by paying the 90 Day Buyout Total Cost plus any accrued fees. B.) Purchase after 90 days by paying, in a lump sum, any amount then due or overdue, plus an amount equal to 55% of the Total Cost of Lease not yet due. (Plus applicable sales tax.)**

**7. RETURNED PAYMENT FEE AND CHANGE EFT/CARD PAYMENT DATE FEE: If your EFT/ CARD payment is declined, you agree to pay us a returned payment fee of either $27.00 or the maximum permitted by law, whichever is less. There is a $5.00 fee to change the date of a previously scheduled EFT/Card payment.**

**8. DEFAULT AND REINSTATEMENT: You're considered in breach of this agreement if we don't receive your payment within 7 business days after your scheduled payment date. You can reinstate your rights in this agreement by bringing your account current within 16 days of the missed payment. If you want to return the furniture, you may, and you will only owe for the time period in which you had possession of the furniture.**

**9. DAMAGE TO AND PROTECTION OF PROPERTY: Once the furniture is delivered you assume all risk and responsibility for the furniture. We do not carry insurance on it. If it's destroyed you will still owe us the entire amount. Renters/home owners insurance is recommended. While you are still making payments to us, you agree to keep the furniture in original condition (reasonable wear and tear accepted). If the furniture is destroyed, lost, stolen, damaged etc. or you failed to return the furniture to us if you are in default during the lease term, you will owe us the lesser of the following: a. The full amount left on the lease, b. The fair market value of the property as of the date the property was unrecoverable, c. The cost to repair the property to original condition.**

**10. TITLE: You will not acquire ownership rights or title to this property until you have made all payments (including late fees, returned payment fees). Until this time you only have right to possession and have no equity or any other interest in the property. If you acquire title to the furniture you also acquire any warranty that remains on the items.**

11. EFT and CARD AUTHORIZATION: You have authorized us to initiate an electronic fund transfer (EFT) payments over a network of our choosing from your bank account listed above. You authorize us to take any returned payment fees from this account. You authorize us to resubmit any returned EFT payments as permitted by law. If we are unable to process your payment via EFT, you authorize us to charge the Card you provided to us. We are not responsible for any additional fees your bank may charge you originating from our EFT payment processing. You authorize us to process additional EFT payments that you initiate or confirm by text, email, or phone communication. If there is an error made in the EFT process you authorize us to transfer money back into your account or take additional funds out to rectify the error. You may change your payment date as long as the new date doesn't materially lengthen the term of the agreement. To change your date, please contact us. In order to avoid fees from us and your bank you must call us and update your bank information at least 7 days prior to the payment date. You must call us at least three business days prior to the date of the scheduled payment. If we cannot obtain payment via EFT or the Card you are still responsible to get payment to us on time or you will be considered in breach

of this agreement. EFT Contact info: Smart Sales and Lease at 1-877-700-3040, email: info@smartsalesandlease.com or write to us at 3220 West Main St, Suite 200 , Rapid City SD 57702.

12. TERMINATION: You may terminate this agreement without penalty by returning the Property in good condition (reasonable wear and tear excepted) by following our rules for return. Please call us if this is an option you would like to exercise. You are responsible for all of the rental payments up until the point that we physically receive the Property and any fees to bring the property up to reasonable condition.

13. LEASE WITH OWNERSHIP RIGHTS. You are signing a lease agreement. You may own the property by making all the scheduled payments on time or you may exercise your early purchase option. This Lease will automatically renew from scheduled payment date to scheduled payment date unless you choose to end this lease. If you would like to purchase the property today you may choose alternative options available to you.

14. OUR RIGHTS TO TAKE POSSESSION: You authorize us or our agents to take possession of the property specified in this agreement if you are in default. You agree to pay any costs associated with retrieving the property and bringing it back to good condition. You agree to pay any attorney's fees or court costs that we incur in securing the property.

15. ASSIGNMENT: We are authorized to sell, transfer or assign this agreement without notice to you. However, you do not have title until all payments are made and your account is closed, until that time you may not sell, pawn, mortgage, encumber, dispose of the property. If you move you must notify us immediately of your new address. If you violate any of the above you authorize us to take immediate possession and you will be responsible for any additional fees incurred in doing so.

16. ARBITRATION PROVISION: Arbitration Provision: Unless you opt out, by signing this you're agreeing to an arbitration agreement if it is not prohibited by law. Arbitration is the submission of a dispute to one or more impartial persons for a final and binding decision, known as an "award." Awards are made in writing and are generally final and binding on the parties in the case. This is an alternative to bringing lawsuits in court. Arbitration provisions help us keep our costs down and that is why we can offer some of the lowest fees in the industry. However, agreeing to an arbitration provision means that you are likely giving up your right to bring a lawsuit in a local court AND giving up your right to bring or be a member of a class action suit.

a. How do I opt out? Write to us within 30 days of the date of this lease and send it certified mail to: Attn: Arbitration Opt-Out, Smart Sales and Lease, 3220 West Main St, Suite 200 , Rapid City SD 57702. Include the following in that letter: your name, address and date of this lease, and a statement that you wish to opt out of the arbitration provision. We will reimburse you for the cost of sending it certified mail if you request us to do so. No one else can reject arbitration for you except an attorney that you have personally retained within thirty days of signing this lease.

b. Does Opting Out Affect my rights in this lease? No. All provisions of this lease remain the same except for the arbitration provision.

c. Smart Sales and Lease is a South Dakota corporation and its laws shall govern the arbitration process. Arbitration will be through the American Arbitration Association or another similar well recognized arbitration firm. We will strive to keep the arbitration costs reasonable. Each party agrees to pay their own expenses and costs and bear equally 50% of the arbitrators' fees and administrative fees of arbitration.

d. Rules of Arbitration: Both parties agree to be bound by the following rules: Each party will, upon

written request, promptly provide the other party with copies of all relevant documents. No other discovery is allowed. The arbitration will be based on the submission of the documents. There will be no in person or oral discover allowed in order to keep costs as low as possible. The hearing shall take place within 90 days of the filing and awards shall be rendered within 120 days. Arbitrator shall agree to this timeline prior to accepting the appointment. No punitive or other damages above and beyond actual damages are allowed except as may be required by statute. The award shall be accompanied by a reasoned written opinion. Each party agrees to not disclose any of the following (except as required by law) without the express written consent of the other party: existence, content, or results of arbitration. Each party agrees that failure or refusal of a party to pay its required share of the deposits/fees for arbitration fees shall constitute a waiver by that party to present evidence or cross examine. In such event, the other party may present any evidence or argument as required by law or agreement in order for the arbitrator to make the finding of an award. This waiver shall not allow for default judgment against the non-paying party in the absence of evidence presented.

17. NOTICE: Any written legal notice shall be deemed given when delivered by mail, prepaid postage, to the following addresses: Lessor: Smart Sales and Lease, 3220 West Main St, Suite 200 , Rapid City SD 57702.

Lesse



18. CONTACT: You authorize Smart Sales and Lease to contact you regarding payment status, missed payments or any other important information via the following methods: automated telephone dialing, text messaging, electronic mail, paper mail. Automated telephone messages play automatically when the phone is picked up and are recorded by voicemail, you expressly authorize such communication. You are responsible for any fees associated with these communications that arise from your internet, landline or cell phone provider. You agree that we are not liable for any fees, inconvenience, annoyance, or loss of privacy in connection with any of these communications.You understand and agree that we may monitor or record any communication you have with our employees.

19. MARKETING: You authorize us to share your contact information and information about this lease. Please call us at 1-877-700-3040 if you prefer we did not share your contact and lease information. Please call us at 1-877-700-3040 if you prefer we did not share your contact and lease information.

20. CREDIT INQUIRIES AND DATA FURNISHING: You understand and agree that Smart Sales and Lease may obtain a consumer report in connection with my application or any updates or renewals as a result of my application or this agreement. We may also report late payments or missed payment to consumer reporting agencies. Contact us immediately if you believe errors or identity theft may be reflected in your credit history in regards to this agreement.

21. SEVERABILITY: If any portion of this agreement is deemed unenforceable or invalid, the remainder of the lease shall continue to be valid and enforceable. If a court finds that a provision of this lease renders the entire lease invalid, the offending portion of the lease shall be severed and the remainder of the lease shall be enforced in the limited capacity.

22. AMENDMENT/WAIVER: This lease cannot be amended or changed unless both parties agree to such amendment in writing and signed by each party. The failure of Smart Sales and Lease to enforce any portion of this lease does not render that or any other portion of the lease unenforceable or limit any party's right to enforce or compel strict compliance with every provision of the lease.

DocuSign Envelope ID: 0D0D4FB6-EB94-4043-B9C6-7EF93F341E83

23. ACCORD AND SATISFACTION: Any statement attached to any payment made by you to the effect that by accepting the payment we agree that your account is paid in full is not binding upon us. Our deposit of such payment does not constitute accord and satisfaction of the lease. We will apply such payment to the outstanding balance on your account.

24. ENTIRE AGREEMENT: This constitutes the entire agreement.

25. NOTICE TO LESSEE: DO NOT SIGN THIS LEASE UNTIL YOU HAVE READ IT FULLY AND IT CONTAINS NO BLANK SPACES. YOU ARE ENTITLED TO AN EXACT COPY OF THIS SIGNED LEASE. YOU HAVE THE RIGHT TO EXERCISE AN EARLY PURCHASE OPTION THAT WILL RESULT IN A LOWER COST TO ACQUIRE OWNERSHIP. KEEP A COPY OF THIS LEASE TO PROTECT YOUR LEGAL RIGHTS.

BY SIGNING THIS LEASE YOU AGREE TO ALL ITS TERMS, INCLUDING THE EFT AUTHORIZATION (see sections 4 and 12) AND THE ARBITRATION PROVISION WHICH WILL HAVE A SUBSTANTIAL EFFECT ON YOUR RIGHTS INCLUDING RIGHT TO BRING OR PARTICIPATE IN CLASS ACTION PROCEEDINGS. SEE SECTION 17 FOR YOUR OPTIONS TO OPT OUT OF THE ARBITRATION PROVISION.
BY SIGNING THIS LEASE, YOU AGREE THAT YOU HAVE READ IT, UNDERSTAND IT AND THAT YOU HAVE RECEIVED A SIGNED COPY OF IT.

LESSEE/PROSPECTIVE

PURCHASER:
DocuSigned by:
ALEXIS PATTERSON
2CDD81B4A08A482...

Date: 4/26/2019

Date: 4/26/2019

**Smart Sales and Lease**
3220 W Main Street Suite 200
Rapid City SD 57702
Phone: 1-877-700-3040

# Statement

| | |
|---|---|
| Date: | 08/30/2024 |
| Contract ID | 456096 |

Customer

ALEXIS PATTERSON

History

| DATE | DESCRIPTION | Payments | Charges |
|---|---|---|---|
| Nov 1 2019 | refund | $ 50.00 | |
| Oct 30 2019 | Sales Tax | $ 3.00 | |
| Aug 15 2019 | NSF Payment | | $ 212.53 |
| Aug 15 2019 | NSF Fee | | $ 24.00 |
| Aug 10 2019 | Payment | $ 212.53 | |
| Jul 26 2019 | Change Payment Date | | $ 5.00 |
| Jun 25 2019 | Payment | $ 207.53 | |
| May 30 2019 | Payment | $ 207.53 | |
| May 24 2019 | Cash Price | | $ 2138.85 |
| May 23 2019 | Lease Charge | | $ 51.94 |
| May 23 2019 | Sales Tax | | $ 128.33 |
| Apr 30 2019 | Payment | $ 51.94 | |
| Apr 30 2019 | Lease Charge | | $ 2716.56 |
| | | TODAY'S EARLY BUYOUT COST | 4544.68 |

Renewal Payments

The amounts below reflect your option to own the merchandise. Alternatively, you can stop leasing at any time and owe nothing further except unpaid leasing payments or fees. Please contact us at 1-877-700-3040 if you would like the merchandise picked up. (You can get returned items back as your agreement includes reinstatement rights.

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | TOTAL | 0.00 |

If you have any questions about this Statement please contact us
Phone: 1-877-700-3040 Website: smartsalesandlease.com
3220 W Main Street Suite 200 Rapid City SD 57702
**Thank you for your business!**

FILED
2025 MAY -8 AM 9:18
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX

Exhibit B

**Alexis Dominguez**



13th March 2025

**Express Collections**

Attn: Express Collections Inc

U.S.P.S Certified Mail/Return Receipt #

Dear Express Collections,

This letter is a reply to your letter dated March 5, 2025, in response to my request for the verification of the alleged debt pursuant to my rights under the FDCP, I am within my rights of a verification request under the FDCPA, I requested a copy of a *physically signed contract containing verifiable up to date personal information, written signature (electronic does not apply). Assignment contract from Smart Sales & Lease, & original purchase agreement*. I also requested that you cease and desist all collection activity, including credit reporting. I requested that you delete any and all reporting made to any consumer credit reporting agencies. You have clearly failed to address my very specific legal requests and are in clear violation of the FDCPA.

Re: Alleged Smart Sales & Lease:

Alleged Original Creditor Account Number: 456096

Express Collections File # 279796

Alleged Debt Amount: $6875.07

FILED
2025 MAY -8 AM 9:18
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX

1st, you failed to obtain and send verification of the alleged debt by not mailing me a physically signed contract containing verifiable up to date personal information, written signature (electronic does not apply), Assignment contract from Smart Sales & Lease, & original purchase agreement, you mailed me a "itemized statement" which is actually a word document drafted by Express Collections with random dollar amounts none which are listed in a contract, a Docusign letter with inaccurate and missing personal information, neither showing what alleged items were purchased or a description of them is NOT a contract or agreement are nonresponsive to my verification request. Under the FDCPA, it is unfair or unconscionable to attempt to collect an alleged debt in any amount that is not expressly authorized by an agreement creating the debt or permitted by law. Also, my personal information was released without my consent or knowledge to a third party.

2nd, you failed to cease and desist and delete your credit reporting of the disputed alleged debt. Under the FDCPA, it is a false, deceptive. Or misleading representation, or means in connection with the collection of any debt to communicate to any person ( consumer credit reporting agency) credit information that is known or which should be known to be false.

Due to the previously stated, you have caused me and my family additional stress, frustration, credit damage, and costs. You have waived your opportunity to amicably resolve this issue without the need to litigate. I intend to send this matter to an attorney or initiate litigation against you under the FDCPA. Until you are formally served process, you may resolve my FDCPA claims by doing the following: (1) cease and desist collection, (2) delete all of your credit reporting, and (3) tender me $1,000 U.S. must be payable to the order of Alexis Dominguez and received within 14 days of this letter.

Alexis Dominguez

Cc: Consumer Financial Bureau via Fax 1-855-237-2392

Exhibit C

1:50

3 Messages

Back **Alexis Dominguez Loan...**

**From:** Jody Stewart
<jstewart@lendingpathmortgage.com>
**Sent:** Friday, December 3, 2021 4:39 PM
**To:** apcp1017@icloud.com
**Cc:** Catherine Dupont <cat@lendingpathmortgage.com>
**Subject:** Alexis Dominguez Loan #211248261

Thank you for taking the time to complete your application . At this time, it looks like you have some work to do on your credit before you can get approved for a mortgage loan. When I ran your credit, the scores I pulled were **561/596/549**.
To qualify for a mortgage loan, you would need to be in the 640+ range. **At this time, it looks like you would need to pay off your Capone card and Opendkybnk bring balances down to $0. In addition, something on your credit report caught our attention. Smart Sales reporting 180+ days or more past due with a balance of $4544.00. Do you have any idea what this is? Do you have any payment arrangements with them?** You will want to make sure you keep your accounts active by charging something small each month and making the payment on time each month. You may have some luck with a credit repair company as well to remove some of the adverse credit/late payments from your report. I highly recommend the company, National Care Credit, they can call you with a free consultation to let you know what they can do for you and how long it will take to build your credit. Please let me know and I will have them call.
The most important thing you can do is use your credit cards and stay current on all your monthly bills. The score alone is not what determines your creditworthiness. You will have to show that you have been making payments on time for 12 months. DO NOT worry about paying accounts that are in collections, they will not help your credit score. Instead of paying these things off try and save as much money as you can for your down payment and for reserves which will also help to boost your chances of getting approval for a mortgage. In most cases with a




   

EXHIBIT D



# Your Dispute Results

Report Created On: 03/04/2025
File Identification Number: 000408726928
Provided by TransUnion Consumer Relations

## Your Investigation Results

Feedback

INVESTIGATION RESULTS - VERIFIED AS ACCURATE and UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE; however, we updated: **Rating; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

EXPRESS COLLECTIONS INC
1141 DEADWOOD AVE #9
RAPID CITY, SD 57702

FILED
2025 MAY -8 AM 9:18
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX

Account Details

| | |
|---|---|
| Account Number | 2797** |
| Name | EXPRESS COLLECTIONS<br>1141 DEADWOOD AVE #9 RAPID CITY, SD 57702 |

| | |
|---|---|
| | (605) 343-1311 |
| Date Opened | 08/30/2024 |
| Responsibility | Individual Account |
| Account Type | open |
| Loan Type | COLLECTION AGENCY/ATTORNEY |
| Balance | $6,839 |
| Original Amount | $4,544 |
| Original Creditor | SMART SALES LEASE (Financial) |
| Past Due | $6,839 |
| Pay Status | >In Collection< |

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documents, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed does not appear on your credit file or already shows the requested status; OR
3. Determined that the lender had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the lender's contact information; OR
4. Asked the lender reporting the information you disputed to do all of the following:

Exhibit E



# Your Dispute Results

Report Created On: 03/27/2025
File Identification Number: 000408726928
Provided by TransUnion Consumer Relations

## Your Investigation Results

INVESTIGATION RESULTS - VERIFIED AS ACCURATE and NO CHANGE NEEDED: The disputed item(s) was verified as accurate. No changes were made to the item(s) based on your dispute

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE. We determined that no change needed to be made to this item Here is how this item appears on your credit report following our investigation.

Feedback

EXPRESS COLLECTIONS INC
1141 DEADWOOD AVE #9
RAPID CITY, SD 57702

Account Details

| | |
|---|---|
| Account Number | 2797** |
| Name | EXPRESS COLLECTIONS 1141 DEADWOOD AVE #9 RAPID CITY, SD 57702 |

FILED
2025 MAY -8 AM 9:18
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX

| | |
|---|---|
| | (605) 343-1311 |
| Date Opened | 08/30/2024 |
| Responsibility | Individual Account |
| Account Type | open |
| Loan Type | COLLECTION AGENCY/ATTORNEY |
| Balance | $6,883 |
| Original Amount | $4,544 |
| Original Creditor | SMART SALES LEASE (Financial) |
| Past Due | $6,839 |
| Pay Status | >In Collection< |

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documents, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed does not appear on your credit file or already shows the requested status; OR
3. Determined that the lender had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the lender's contact information; OR
4. Asked the lender reporting the information you disputed to do all of the following:

# Balance Decreased

Exhibit F

**CAPITAL ONE BANK USA account balance decreased**





# Account Removed

**SMART SALES AND LEAS account removed from your file**

Between Sep 4, 2024 and Sep 11, 2024, your account account with SMART SALES AND LEAS was removed from your credit report.

Since this account is no longer on your credit report, its details won't be factored into your credit score. Accounts can sometimes be removed due to things like disputes and reporting errors.

# Account Information Changed

**Remark code added to CAPITAL ONE BANK USA account**

FILED
2025 MAY -8 AM 9:18
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX







For you Cards Loans Insurance Money









3:11

Recent changes

credit bureau for more information.

**Remark code added to CAPITAL ONE BANK USA account**

**Remark code added to CAPITAL ONE BANK USA account**

**Remark code removed from SMART SALES AND LEAS account**

Between Aug 28, 2024 and Aug 30, 2024, the following remark was removed from this account: 180 Days past due.

Remarks are meant to make your report more clear. If you're not sure why this remark was removed from your report or where it came from, you can contact your creditor or the credit bureau for more information.



View previous changes

**Was this information helpful?**

Help us improve your experience

Yes | No

For you Cards Loans Insurance Money

FILED
2025 MAY -8 AM 9:18
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX

Exhibit H



Start a new complaint (https://www.consumerfinance.gov/)

 All complaints (.)

# 250404-19873362

**CLOSED**

## Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 4/4/2025 | Debt collection | Attempts to collect debt not owed |

**We received your complaint. Thank you.**

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

FILED
2025 MAY -8 AM 9:18
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. CLARK

**YOUR COMPLAINT**

This account was originally with SMART SALES and LEASE in 2019, the cost of the items doubled, not the amount agreed to in store, I told them to come pickup the items that I was not going to be paying more than agreed. They never picked up the items & called me a year later to which I told them I would not be paying anything more than what I originally agreed to, I was told it didn't matter if I only paid what the original price was, I would still owe double. They let me know at that point I should have told them to

come pickup the items, which I had done the last year prior but they never came. The representative said the time had passed for them to be able to take possession of the items. The last contact I had with them was the spring of 2020. I got married and my name changed in November 2020. I had a change of residence in 2023. The collection was removed from my account on Sep 4 - Sep 11, 2024 & NO LONGER on my credit report. A Few months later, I had gotten notification that EXPRESS COLLECTIONS was added to my credit report under collections with an account balance tripled from the original account. I have not had any contact with them, except to request a debt validation letter, which they grossly failed to provide to me. The word document drafted by Express Collections with random dollar amounts none which are listed in a contract, a Docusign letter with inaccurate and missing personal information, neither showing what alleged items were purchased or a description of them is NOT a contract or agreement. Under the FDCPA, it is unfair or unconscionable to attempt to collect an alleged debt in any amount that is not expressly authorized by an agreement creating the debt or permitted by law. Not only is it violating my rights because I did not consent to EXPRESS COLLECTIONS obtaining my information but I have not had contact with the original creditor for OVER FIVE YEARS nor do they have my correct information nor do they have the right to collect because it was removed from my credit report.

**ATTACHMENTS**

Letter.pdf (77.8 KB)

Hide full complaint

## What product or service is your complaint about?

**PRODUCT OR SERVICE**

Debt collection

**TYPE**

Other debt

## What type of problem are you having?

**ISSUE**

Attempts to collect debt not owed

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**

Yes

**DID YOU REQUEST INFORMATION FROM THE COMPANY?**

No

**TYPE OF ISSUE**

Debt is not yours

## What happened?

This account was originally with SMART SALES and LEASE in 2019, the cost of the items doubled, not the amount agreed to in store, I told them to come pickup the items that I was not going to be paying more than agreed. They never picked up the items & called me a year later to which I told them I would not be paying anything more than what I originally agreed to, I was told it didn't matter if I only paid what the original price was, I would still owe double. They let me know at that point I should have told them to come pickup the items, which I had done the last year prior but they never came. The representative said the time had passed for them to be able to take possession of the items. The last contact I had with them was the spring of 2020. I got married and my name changed in November 2020. I had a change of residence in 2023. The collection was removed from my account on Sep 4 - Sep 11, 2024 & NO LONGER on my credit report. A Few months later, I had gotten notification that EXPRESS COLLECTIONS was added to my credit report under collections with an account balance tripled from the original account. I have not had any contact with them, except to request a debt validation letter, which they grossly failed to provide to me. The word document drafted by Express Collections with random dollar amounts none which are listed in a contract, a Docusign letter with inaccurate and missing

FILED
2025 MAY -8 AM 9:18
CLERK OF COURT
SPARTANBURG COUNTY
AMY R. COX

personal information, neither showing what alleged items were purchased or a description of them is NOT a contract or agreement. Under the FDCPA, it is unfair or unconscionable to attempt to collect an alleged debt in any amount that is not expressly authorized by an agreement creating the debt or permitted by law. Not only is it violating my rights because I did not consent to EXPRESS COLLECTIONS obtaining my information but I have not had contact with the original creditor for OVER FIVE YEARS nor do they have my correct information nor do they have the right to collect because it was removed from my credit report.

☑ **I WANT THE CFPB TO PUBLISH THIS DESCRIPTION ON CONSUMERFINANCE.GOV SO THAT OTHERS CAN LEARN FROM MY EXPERIENCE.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

---

### What would be a fair resolution to this issue?

1) cease and desist collection, (2) delete all of your credit reporting, and (3) tender me $1,000 U.S. must be payable to the order of Alexis Dominguez and received within 14 days of this letter.

---

**1 attachment**

View uploaded documents by clicking on the file name. Documents that pass virus scanning are typically available within 2 minutes of upload.

---

Letter.pdf (77.8 KB)

---

## What company is this complaint about?

**COMPANY INFORMATION**

EXPRESS COLLECTIONS, INC.

**INVOLVEMENT**

Debt Collector

**SOCIAL SECURITY NUMBER (LAST FOUR DIGITS)**

••••

**COMPANY WHERE THE DEBT ORIGINALLY CAME FROM**

Smart Sales & Lease

**INVOLVEMENT**

Creditor

**SOCIAL SECURITY NUMBER (LAST FOUR DIGITS)**

••••

**COMPLAINT ALSO SUBMITTED TO THIS COMPANY?**

true

**ATTEMPTED TO FIX WITH THIS COMPANY?**

Yes

**DID YOU REQUEST INFORMATION FROM THE COMPANY?**

No

FILED
2025 MAY -8 AM 9:18
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX

## What people are involved?

**YOUR CONTACT INFORMATION**

Alexis Dominguez

**YOUR PREFERRED LANGUAGE**

English

---

## Sent to company

**STATUS**

Sent to company on 4/4/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company responded

**STATUS**

Company responded on 4/5/2025

**RESPONSE TYPE**

Closed with explanation

### Company's Response

When we were first contacted by Ms. Patterson, we reviewed the information with the original creditor and the original creditor has determined the debt to be valid. We forwarded documentation including a copy of the contract to Ms. Patterson. We communicated the concerns from Ms. Patterson in her complaint here to the original creditor and they have given us permission to close and return the account. We will send a request to have the account deleted from Ms. Patterson's credit report.

## Feedback requested

| STATUS | FEEDBACK DUE |
|---|---|
| Feedback requested on 4/5/2025 | 6/4/2025 |

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

## Closed

The CFPB has closed your complaint.

FILED
2025 MAY -8 AM 9:18
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

---

An official website of the United States Government

Exhibit I



Start a new complaint (https://www.consumerfinance.gov/)

 All complaints (.)

# 250411-20022175

**CLOSED**

## Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 4/11/2025 | Debt collection | Attempts to collect debt not owed |

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

I submitted two complaints ( 250404-19873745, 250404-19873362) on April 4, 2025. One of them was closed by the company responding" we will close and return the account. We will send a request to have the account deleted from Ms. Patterson's credit report.". In my original complaint I attached a copy of a letter I sent via certified mail stating "1) cease and desist collection, (2) delete all of your credit reporting, and (3) tender me $1,000 U.S. must be payable to the order of Alexis Dominguez and received

FILED
2025 MAY -9 AM 11: 58
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX

within 14 days of this letter." The timeline for them to doing the following stated above has reached the deadline on April 9, 2025. The collection is still on my credit report for all three credit bureas, it says closed but it is not deleted as they stated they would do.

**ATTACHMENTS**

Complaint Detail .pdf (51.9 KB)

Letter.pdf (77.8 KB)

View full complaint

## Sent to company

**STATUS**

Sent to company on 4/11/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company responded

**STATUS**

Company responded on 4/12/2025

**RESPONSE TYPE**

Closed with explanation

### Company's Response

We sent a request to delete the tradeline to Experian and Transunion on 4/7/2025. These are the only two credit bureaus we report to. Please see the attached report filed on 4/7/2025. We cannot control how quickly the credit bureaus process this information or how quickly it will reflect on an individual's credit report. We suggest you contact the credit bureau directly.

**ATTACHMENTS**

Print_AUD_AUD-12285150.pdf (225 KB)

## Feedback requested

**STATUS**

Feedback requested on 4/12/2025

**FEEDBACK DUE**

6/11/2025

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

FILED
2025 MAY -8 AM 9:18
CLERK OF COURT
SPARTANBURG COUNTY
AMY W. COX

## Closed

The CFPB has closed your complaint.

Privacy Act Statement

OMB #3170-0011

Note on user experience

> Have a question? ¿Preguntas?
>
> (855) 411-2372
>
> TTY/TTD: (855) 729-2372
>
> 8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)
>
> More than 180 languages available.

---

An official website of the United States Government